

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

January 4, 1968

Honorable Thomas C. Green
Secretary, Texas State Board
  of Registration for Pro-
  fessional Engineers
Austin, Texas

Opinion No. M-179

Re: Whether the Texas State
Board of Registration
for Professional Engi-
neers has authority to
hire an investigator to
assist the Board in its
enforcement of the pro-
visions of Article 3271a,
Vernon's Civil Statutes,
and related questions.

Dear Col. Green:

You request the opinion of this office as to whether:

". . .the Board has authority to hire an
investigator to assist the Board in its enforce-
ment of the provisions of Article 3271a, Ver-
non's Civil Statutes, and to fix and pay the
salary of such investigator from the funds
appropriated by Senate Bill 15, Acts of the
60th Legislature, 1967, Regular Session, the
General Appropriations Bill, to the Texas
State Board of Registration for Professional
Engineers in line item number 7."

Section 9 of Article 3271a, Vernon's Civil Statutes,
provides, in part, that:

". . .The Board shall employ such clerical
or other assistants as are necessary for the
proper performance of its work, and may make
expenditures of this fund for any purpose which
in the opinion of the Board is reasonably nec-
essary for the proper performance of its duties
under this Act. . . ."

The foregoing statutory provision is sufficient authoriza-
tion for the Texas State Board of Registration for Professional

-858-

Engineers to employ and compensate an investigator whose duties would be to assist the Board in the enforcement of the provisions of Article 3271a. However, such authorization to employ and compensate an investigator is contingent upon the Legislature making a proper appropriation.

Line item number 7 of the departmental appropriation to the Texas State Board of Registration for Professional Engineers in Senate Bill 15, Acts of the 60th Legislature, 1967, Regular Session, Ch. 784, p. 2175, the General Appropriations Bill, provides:

"7. Investigation Program: Expenses of witness fees, court transcripts, documentary evidence, processing complaints, court costs, and other necessary expenses in gathering evidence for the enforcement of S.B. No. 74, 59th Legislature (Vernon's Annotated Civil Statutes, Article 3271a) ..................... $19,240." (Emphasis added.)

We observe that the use of an investigator may well be the only manner in which certain evidence may be obtained in the enforcement of the Engineering Practice Act. In view of the foregoing provision in the departmental appropriation to the Texas State Board of Registration for Professional Engineers, we are of the opinion that the compensation of an investigator for the gathering of evidence for the enforcement of the provisions of Article 3271a would be an authorized expenditure from the funds appropriated to the Texas State Board of Registration for Professional Engineers in line item number 7.

## S U M M A R Y

The Texas State Board of Registration for Professional Engineers has authority to employ an investigator to assist the Board in the enforcement of Article 3271a, Vernon's Civil Statutes, and such investigator may be compensated from the departmental appropriation to the Texas State Board of Registration for Professional Engineers in line item number 7 of Senate Bill 15, Acts 60th Legislature, 1967, Regular Session, Ch. 784, p. 2175.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Pat Bailey
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Hawthorne Phillips, Chairman
Kerns Taylor, Co-Chairman
W. V. Geppert
Robert Owen
Rex H. White
Ben Harrison

A. J. CARUBBI, JR.
Staff Legal Assistant